**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| SCOTT P. SIGMAN | : No. 471 EAL 2014 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| GEORGE BOCHETTO, GAVIN P. LENTZ | : |
| AND BOCHETTO & LENTZ, P.C. | : |
| | : |
| | : |
| PETITION OF: BOCHETTO & LENTZ, | : |
| P.C. | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of March, 2015, the Petition for Allowance of Appeal is

**DENIED**.